# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 18, 2017

Before

WILLIAM J. BAUER, *Circuit Judge*
RICHARD A. POSNER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| No. 17-2389 | IN RE: PEGGY A. BERG, Debtor - Appellant |
|---|---|
| **Originating Case Information:** ||
| Bankruptcy Case No: 3-16-00089-cjf  Western District of Wisconsin, Madison Division-BK  Bankruptcy Judge Catherine J. Furay ||

Upon consideration of the **JOINT CERTIFICATION TO THE COURT OF APPEALS**, which this court construed as a petition to file a direct appeal from the bankruptcy court, filed on July 7, 2017, by counsel for the appellant,

**IT IS ORDERED** that the petition is **GRANTED**. Appellant Peggy Berg shall pay the required appellate fees to the clerk of the bankruptcy court within 14 days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1).

form name: **c7_Order_3J**(form ID: **177**)